IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **YONEL JEAN BAPTISTE,** | : | |
| Plaintiff | : | |
| | : | CIVIL ACTION NO. 3:18-CV-1484 |
| v. | : | |
| | : | (Judge Caputo) |
| **KATHRYN MORRIS**, *et al.,* | : | |
| Defendants | : | |

# O R D E R

**AND NOW**, this **2nd** day of **MAY 2019**, upon consideration of Mr. Baptiste's Motion for Preliminary Injunction (ECF No. 15), it is hereby **ORDERED** that the motion is **DENIED**.

/s/ A. Richard Caputo
**A. RICHARD CAPUTO**
**United States District Judge**