IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| YONEL JEAN BAPTISTE, | : | Civil No. 3:18-cv-1484 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| KATHRYN MORRIS, *et al.*, | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this 27th day of May, 2020, for the reasons set forth in the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT**:

1. Defendants' motion for summary judgement (Doc. 31) is **DENIED WITHOUT PREJUDICE**.

2. Plaintiff's motions to amend/correct (Docs. 37 and 44) are **GRANTED**.

3. Plaintiff's motion to file a sur reply brief (Doc. 43) is **GRANTED**.

4. The Court **ACCEPTS** Plaintiff's proposed sur reply brief (Doc. 43-1) as properly filed.

5. Defendants shall **ANSWER** the amended complaint within twenty-one (21) days of the date of this Order.

                                                    *s/ Robert D. Mariani*
                                                    Robert D. Mariani
                                                    United States District Judge