IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| YONEL JEAN BAPTISTE, | : | Civil No. 3:18-cv-1484 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| KATHRYN MORRIS, *et al.*, | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this 15th day of June, 2020, upon consideration of Plaintiff's motion (Doc. 54) for appointment of counsel, and in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's motion (Doc. 54) is **DENIED WITHOUT PREJUDICE.**

2. The Clerk of Court shall provide Plaintiff with a *gratis* copy of his amended complaint and exhibits, Docs. 12 and 14.

Robert D. Mariani
United States District Judge